| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Byron, Paul G. | 2. Court or Organization  United States District Court Middle District of Florida | 3. Date of Report  08/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address  401 West Central Boulevard Suite 4650, Orlando, Florida 32801 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/12/2015 | Overchuck & Associates, P.A. (fees earned pursuant to partnership buy-out agreement) | $1,068,495.82 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABA International All Cap Equity Fund | D | Interest | L | T | Sold | 06/01/15 | L | | |
| 2. ABA Large Cap Equity Fund | A | Interest | L | T | Sold | 06/01/15 | L | | |
| 3. ABA Stable Asset Return Fund | A | Interest | K | T | Sold | 06/01/15 | K | | |
| 4. Florida College Prepaid | | None | J | T | | | | | |
| 5. USAA Savings and Loan cash accounts | B | Interest | M | T | | | | | |
| 6. New Traditions Bank cash accounts | B | Interest | O | T | Closed | 07/01/15 | O | | |
| 7. IberiaBank cash accounts | B | Interest | O | T | Open | 07/01/15 | O | | |
| 8. Penta Mezzanine SBIC Fund I, L.P. - venture capital | E | Distribution | L | U | | | | | |
| 9. AIG Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 10. AI Life Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 11. Allstate Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 12. Liberty Life Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 13. American General Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 14. Genworth Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 15. MetLife Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 16. Hartford Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 17. Allstate Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aviva Life Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 19. Mass Mutual Single Premium Immediate Annuity | A | Int./Div. | N | T | | | | | |
| 20. American General Single Premium Immediate Annuity | A | Int./Div. | M | T | | | | | |
| 21. American General Single Premium Immediate Annuity | A | Int./Div. | M | T | | | | | |
| 22. Transamerican Single Premium Immediate Annuity | A | Int./Div. | K | T | | | | | |
| 23. American General Single Premium Immediate Annuity | A | Int./Div. | K | T | | | | | |
| 24. Pacific Life Single Premium Immediate Annuity | A | Int./Div. | M | T | | | | | |
| 25. Genworth Single Premium Immediate Annuity | A | Int./Div. | L | T | | | | | |
| 26. Rydex-Emerging Markets 2x Strategy H | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 27. Rydex-Inverse Dow 2x Strategy H | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 28. Rydex-Inverse NASDAQ 100 2x Strategy H | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 29. Rydex-Inverse NASDAQ 100 Strat H | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 30. Rydex-Inverse S&P 500 2x Strategy H | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 31. Rydex-Precious Metals Adv | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 32. Rydex-US Govt Money Market | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |
| 33. TCA-Money Market | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 34. Direxion-Monthly 7 10 Yr Treasury Bull 2x | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rydex-US Govt Money Market | A | Int./Div. | K | T | Buy | 06/01/15 | J | | |
| 36. TCA-Money Market | A | Int./Div. | K | T | Buy | 06/01/15 | J | | |
| 37. Rydex-Govt Long Bond 1.2x Strategy H | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |
| 38. Rydex-Nasdaq 100 H | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |
| 39. Rydex-US Govt Money Market | A | Int./Div. | K | T | Buy | 06/01/15 | J | | |
| 40. TCA-Money Market | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 41. PIMCO-High Yield Inst | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 42. PIMCO-Money Market Inst | A | Int./Div. | M | T | Buy | 06/01/15 | J | | |
| 43. ProFunds-US Government Plus Inv | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |
| 44. Rydex-High Yield Strategy H | A | Int./Div. | L | T | Buy | 06/01/15 | J | | |
| 45. TCA-Money Market | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 46. BRK.B | A | Int./Div. | K | T | Buy | 06/01/15 | J | | |
| 47. ITC | A | Int./Div. | K | T | | | | | |
| 48. LOW | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 49. PM | A | Int./Div. | J | T | | | | | |
| 50. V | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 51. WFC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FDRXX | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 53. UL | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 54. HCP | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 55. XO | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 56. NVS | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 57. SE | A | Int./Div. | J | T | | | | | |
| 58. UNP | A | Int./Div. | J | T | | | | | |
| 59. JNJ | A | Int./Div. | J | T | | | | | |
| 60. GD | A | Int./Div. | J | T | | | | | |
| 61. ENB | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 62. AXP | A | Int./Div. | J | T | Buy | 06/01/15 | J | | |
| 63. PEP | A | Int./Div. | J | T | | | | | |
| 64. AAPL | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 65. ACE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 66. ACN | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 67. ACSAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 68. ADI | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  ADP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 70.  AEP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 71.  AFL | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 72.  AGG | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 73.  AJG | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 74.  AMP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 75.  AMT | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 76.  APAM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 77.  AQMNX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 78.  ARLSX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 79.  AVB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 80.  AVY | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 81.  BA | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 82.  BAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 83.  BBT | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 84.  BGCAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 85.  BMY | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CAT | A | Int./Div. | L | T | Sold | 06/01/15 | J | | |
| 87. CBOE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 88. CHDEX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 89. CIU | A | Int./Div. | L | T | Sold | 06/01/15 | J | | |
| 90. CMBS | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 91. CMCSA | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 92. COP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 93. CPA | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 94. CVX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 95. DD | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 96. DFRAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 97. DIS | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 98. DOV | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 99. DRI | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 100. DRSLX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 101. DVY | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 102. EAGMX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EMR | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 104. GE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 105. GIS | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 106. GPC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 107. GPFAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 108. HD | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 109. HMC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 110. HYG | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 111. HYS | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 112. IGLAX | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 113. INTC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 114. IP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 115. ITC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 116. JIGFX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 117. JNJ | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 118. JNK | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 119. JPM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  KAR | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 121.  KMB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 122.  KO | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 123.  LIDAX | A | Int./Div. | M | T | Sold | 06/01/15 | J | | |
| 124.  LO | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 125.  LPEFX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 126.  LYB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 127.  MBB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 128.  MCD | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 129.  MCGIX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 130.  MCHP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 131.  MERFX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 132.  MET | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 133.  MMM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 134.  MO | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 135.  MRK | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 136.  MSFT | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  MWTRX | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 138.  NAV | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 139.  NEE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 140.  NKE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 141.  NOC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 142.  NRBAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 143.  OKE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 144.  PAUAX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 145.  PCY | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 146.  PEP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 147.  PFE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 148.  PFF | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 149.  PG | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 150.  PGX | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 151.  PHB | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 152.  PII | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 153.  PIOXX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 155. PPG | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 156. PX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 157. QCOM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 158. ROK | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 159. RTN | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 160. SDRL | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 161. SDY | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 162. SE | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 163. SLB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 164. SPLS | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 165. SSMVX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 166. T | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 167. TGT | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 168. TPINX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 169. TRGP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 170. TROW | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TRV | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 172. TUP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 173. TWX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 174. TXN | | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 175. UGI | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 176. UNP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 177. UPS | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 178. USB | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 179. UTX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 180. VCIT | A | Int./Div. | K | T | Sold | 06/01/15 | J | | |
| 181. VZ | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 182. WAG | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 183. WBMRX | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 184. WFC | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 185. WLP | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 186. WM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 187. WMT | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Byron, Paul G. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. WYNN | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 189. XOM | A | Int./Div. | J | T | Sold | 06/01/15 | J | | |
| 190. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron, Paul G. | 08/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III reflects Non-Investment Income. The funds identified in this section of the report reflect fees earned while I was in private practice and which were not disbursed until 2015. My firm specialized in plaintiff's product liability litigation. Accordingly, all fee agreements provided for contingency fees. My firm consisted of two partners, myself being one, and my former partner and I had operated under a verbal agreement regarding the distribution fees earned during the course of our partnership. Fees paid to me by the firm represent my quantum meruit contribution to cases in litigation before I departed the firm but which settled after my departure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Byron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544